ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

FILED

Apr 14, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | CASE NUMBER: 2:23-SW-1046-CKD |
|---|---|
| 2022 MERCEDES BENZ AMG EQS V4, VIN: W1KCG5FB9NA009950, CALIFORNIA LICENSE NUMBER 9BRE850, | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| Defendant. | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above captioned proceedings be and are hereby unsealed.

Date:  April 14, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Order Re: Request to Unseal
Documents